CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Superseding Indictment ( X )    3:21-CR-00171 Richardson/Newbern
Complaint ( )
Information ( )                                                County of Offense:    WILLIAMSON
Felony ( )                                                     AUSA's NAME:          SARAH BOGNI
Misdemeanor ( )                                                                      ROBERT S. LEVINE
Juvenile ( )                                                   Reviewed by AUSA:     _SKB_
                                                                                     (Initials)

FADEL Y. ALSHALABI
Defendant's Full Name

_____                Interpreter Needed?    ____ Yes    _X_ No
Defendant's Address
                                               If Yes, what language?  _____

Meggan B. Sullivan
Law Office of Meggan B. Sullivan
3510 Woodmont Boulevard
Nashville, TN 37215
(615) 457-0449

Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO COMMIT AN OFFENSE | 5 years; 3 years S/R | $250,000; $100 Special Assessment |
| 2-17 | 42 U.S.C. § 1320a-7b(b)(2)(A); 18 U.S.C. § 2 | VIOLATION OF THE ANTI-KICKBACK STATUTE AND AIDING AND ABETTING | 10 years; 3 years S/R | $100,000; $100 Special Assessment per count |
| 27 | 18 U.S.C. § 1349 | CONSPIRACY TO COMMIT HEALTH CARE FRAUD | 10 years; 3 years S/R | $250,000; $100 Special Assessment |
| 28-38 | 18 U.S.C. § 1347; 18 U.S.C. § 2 | HEALTH CARE FRAUD AND AIDING AND ABETTING | 10 years; 3 years S/R | $250,000; $100 Special Assessment per count |
| 39-40 | 18 U.S.C. § 1957 | MONEY LAUNDERING: Engaging in monetary transactions in property derived from a specified unlawful activity | 10 years; 3 years S/R | $250,000; $100 Special Assessment |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody?          Yes ( )    No ( X )    If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?                     Yes ( X )   No ( )
    If Yes:  Name of the Magistrate Judge  ____Newbern/Holmes_____    Case No.: 21-MJ-1158

          Was the defendant arrested on the complaint?          Yes ( X )    No ( )

Has a search warrant been issued?               Yes ( X )   No ( )
    If Yes:  Name of the Magistrate Judge  Newbern

Was bond set by Magistrate/District Judge?   Yes   ( X )   No   ( )        Amount of bond:  $500,0000 (house)

Is this a Rule 20? Yes ( )  No ( X )        To/from what district?  _____
Is this a Rule 40? Yes ( )  No ( X )        To/from what district?  _____

Estimated trial time:        TWO WEEKS

The Clerk will issue a **Summons/WARRANT**        (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant):

**Does not need either because this is a superseding indictment and defendant previously arrested.**

Detention requested:  Yes ( )   No ( X )      Recommended conditions of release:  ___ Same as the current conditions – supervised by WDNC pretrial services:
Sherain D. Teel
Acting Supervising United States Probation Officer
(704) 350-7647 (o)
(704) 572-7551 (c)
Sherain_Teel@ncwp.uscourts.gov