PROB 12B
(REVISED 5/2011)

# United States District Court
**for**
## Middle District of Tennessee
## Petition to Modify the Condition or Term of Supervision
***(Probation Form 49 Waiver of Hearing on the Modification is attached)***

Name of Offender: Fadel Yaser Alshalabi Case Number: 3:21CR00171

Name of Judicial Officer: The Honorable Eli Richardson, U. S. District Judge

Date of Original Sentence: June 25, 2025

Original Offense: 18 U.S.C. § 371 – Conspiracy to Violate the Federal Anti-Kickback Statue; 18 U.S.C. § 2 & 42 U.S.C. § 1320a-7b(b)(2)(A) – Violation of the Federal Anti-Kickback Statue (10 counts); 18 U.S.C. § 1957; Engaging in Monetary Transactions in Property Derived from Unlawful Activity (2 counts)

Original Sentence: 60 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release Date Supervision To Commence: June 2, 2029

Assistant U.S. Attorney: To be determined Defense Attorney: To be determined

---

## PETITIONING THE COURT

■ To modify the release conditions to include the condition as follows:

**The defendant shall submit to a search if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.**

THE COURT ORDERS:
☒ The modification(s) as noted above.
☐ A hearing to consider the modification is scheduled for:
☐ No Action
☐ The extension of supervision as noted above.
☐ Other

Considered this 22nd day of September, 2026 and made a part of the records in the above case.

Eli Richardson
Honorable Eli Richardson
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Charles Ingram
Charles Ingram
Supervisory U.S. Probation Officer

Place Nashville, Tennessee

Date September 21, 2026

**Reason For Modification:**

Mr. Alshalabi is scheduled to release from federal custody on June 2, 2029. He is proposing to reside in the Western District of North Carolina (WDNC), with his wife and 8 children, upon release.

On August 7, 2026, Case Manager Reed of the Bureau of Prisons submitted a transfer request to the WDNC, on behalf of Mr. Alshalabi. On August 20, 2026, U.S. Probation Officer Carbonaro of the WDNC requested the above condition be added before supervision can be accepted, as this is a standard condition of supervision in the WDNC. On September 4, 2026, the Middle District of Tennessee received a signed waiver of hearing form to modify the conditions of Mr. Alshalabi's supervised release. This waiver was explained to Mr. Alshalabi. He stated he understood his rights to representation by counsel and to a hearing. Mr. Alshalabi voluntarily signed the waiver to modify the conditions of his supervised release.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Mr. Alshalabi's conditions of supervision be modified as indicated. It appears all of Mr. Alshalabi's familial support reside in the WDNC. As a result, his best chance for success would be to relocate to the WDNC.

Approved: ____________________________
Douglas Murphy
Supervisory U.S. Probation Officer

PROB 49

# UNITED STATES DISTRICT COURT
Middle District of Tennessee

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall submit to a search if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.

Witness: ______________________ (signature)
Witness

Signed: ______________________ (signature)
Probationer or Supervised Releasee

Date: August 20, 2026